UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* SHELDON BATISTE, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case No. 08-425 (RJL) |
| SLM CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 24th day of September, 2010, it is hereby

**ORDERED** that the Motion by SLM Corporation to Dismiss [#22] is **GRANTED**; and it is further

**ORDERED** that the case is **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge